IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KAREN FARKAS,** | ) |
| **Plaintiff,** | ) 8:07CV477 |
| vs. | ) ORDER |
| **PHYSICIANS MUTUAL INSURANCE COMPANY,** | ) |
| **Defendant.** | ) |

A settlement conference with the undersigned magistrate judge and the parties convened on July 9, 2008. The parties arrived at a settlement.

**IT IS ORDERED:**

1. **On or before July 17, 2008**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 10th day of July, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge