IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAREN FARKAS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV477 |
| | ) | |
| v. | ) | |
| | ) | |
| PHYSICIANS MUTUAL INSURANCE COMPANY, | ) ) | ORDER FOR DISMISSAL WITH PREJUDICE |
| | ) | |
| Defendant. | ) ) | |

This matter comes before the Court on the parties' joint Stipulation for Dismissal with Prejudice (Filing No 25). The Court, being fully advised in the premises, finds that the Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1). Accordingly,

IT IS ORDERED:

1. The joint Stipulation for Dismissal (Filing No. 25) is approved;

2. The Complaint (Filing No. 1) is hereby dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 18th day of July, 2008.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge